UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 02-61169-CIV-MOORE

YASMIN IRANI,
    Plaintiff,

vs.

AMOCO OIL COMPANY, *et al.*,
    Defendants.
_____/

**ORDER**

FILED by MK D.C.
AUG 2 9 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE is before the Court upon Plaintiff's Emergency Motion to Remand (filed August 27, 2002). Plaintiff has requested an immediate hearing on his motion for remand, as there is a state court hearing on his motion for a temporary restraining order on October 5, 2002.

UPON CONSIDERATION of the Motion and otherwise being fully advised in the premises, it is

ORDERED and ADJUDGED that Defendant shall file a response to Plaintiff's motion to remand within ten days of the date of mailing of the motion, not including mailing time, as dictated by the Federal Rules of Civil Procedure. Upon full briefing of the motion the undersigned will set a hearing on the matter should it prove to be necessary. It is further

ORDERED and ADJUDGED that Plaintiff's Request for an Expedited Hearing on the motion for remand (filed August 27, 2002) is DENIED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of August, 2002.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
All counsel of record

